UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PAULINE WHELAN,<br><br>　　　　　　Plaintiff,<br>v.<br><br>ALKERMES, INC.,<br><br>　　　　　　Defendant. | Case No. 2:17-cv-02114-JAD-NJK<br><br>ORDER<br><br>Date: November 30, 2017 |

**PRESENT:** THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

**JUDICIAL ASSISTANT:** Teresa Hoskin　　　**RECORDER/TAPE #:** None

**COUNSEL FOR PLAINTIFF(S):** Victoria Neal

**COUNSEL FOR DEFENDANT(S):** Kathryn Branson

**PROCEEDING:** Conference Call

　　　　The court conducted a conference call commencing at 9:02 a.m. regarding the Motion for Exception to Attendance Requirements (ECF No. 18) which also requests a continuance of the ENE. Having spoken with counsel, all parties and counsel are available on January 26, 2018. The conference call concluded at 9:04 a.m.

　　　**IT IS ORDERED** that:

1. The Motion for Exception to Attendance Requirements (ECF No. 18) is **GRANTED**.
2. The ENE currently set for December 28, 2017 is **VACATED** and **CONTINUED** to **January 26, 2018 at 9:30 a.m.**
3. The confidential ENE statements shall be due no later than **4:00 p.m. January 19, 2018**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1